PEOPLE v ASHER. (Docket No. 58206.) The delayed application for leave to appeal is considered and, it appearing to this Court that the cases of *People v Sheline* (Docket No. 57588) and *People v D'Angelo* (Docket No. 57807) are presently pending on appeal before this Court and that the decision in those cases may be decisive of issues raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in those cases. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Criminal Division, and *Don W. Atkins,* Assistant Prosecuting Attorney, for the people, appellant. *Milmet, Vecchio, Kennedy & Carnago, P. C.,* for defendant-appellee. Reported below: 67 Mich App 174.

RYAN, J., not participating

PEOPLE v BARTON. (Docket No. 57950.) Request for appointment of counsel denied. Robert Allen Barton, *in propria persona,* appellant. Case below, Court of Appeals No. 17431, per curiam opinion of August 29, 1975.

KAVANAGH, C. J., and LEVIN, J., would grant counsel.

PEOPLE v PHILANDIUS FORD. (Docket No. 58180.) Request for appointment of counsel granted. Defendant shall file with Recorder's Court an affidavit concerning his present financial status (see guidelines at 387 Mich xxxi). The prosecutor shall be furnished a copy of the financial affidavit and may challenge defendant's asserted indigency within 20 days after receiving the affidavit. The challenge, if brought, shall be resolved at a hearing before Recorder's Court at which the prosecution, defendant, and the State Appellate Defender shall appear personally to aid the court's inquiry. Recorder's Court, upon a finding of indigency, shall appoint the State Appellate Defender and shall furnish any portion of the record counsel may require. Philandius Ford, *in propria persona,* appellant. Case below, Court of Appeals No. 20504, per curiam opinion of January 28, 1976.

PEOPLE v SAUNDERS. (Docket No. 58183.) Request for appointment of counsel denied. Dennis Saunders, *in propria persona,* appellant. Case below, Court of Appeals No. 22782, order of January 12, 1976.